BEFORE THE FIRST DIVISION, AUGUST 9, 1967

**No. P67/264.**—L. E. Coppersmith, Inc., a/c Joe Y. Nishimura *v.* United States, protest 65/2589 (Los Angeles).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of a photo typesetting machine and parts similar in all material respects to the photo typesetting machine the subject of *Lanston Industries, Inc. v. United States* (49 CCPA 123, C.A.D. 807), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 9, 1967

**No. P67/265.**—The Rembar Co., Inc. *v.* United States, protests 60/13023, etc. (New York).

DONLON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of trays (boats) similar in all material respects to those the subject of *The Rembar Co., Inc. v. United States* (57 Cust. Ct. 239, C.D. 2774), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 9, 1967

**No. P67/266.**—Western Pacific Import Co. *v.* United States, protests 62/10668 and 63/3324 (San Diego).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc. v. United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.